UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| James N. Bryant, III,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>Bryan P. Stirling, Commissioner,<br>South Carolina Department of<br>Corrections; Warden, Kirkland<br>Correctional Institution,<br><br>　　　　　　Respondents. | Civil Action No. 1:13-2665-BHH<br><br>**ORDER** |

On March 19, 2019, the Court entered an Opinion and Order granting in part Petitioner James N. Bryan, III's ("Petitioner") amended petition for writ of habeas corpus and vacating his death sentence. (ECF No. 94.)

On May 24, 2021, the Fourth Circuit Court of Appeals entered a Published Opinion reversing this Court's rulings on Petitioner's claims relating to Juror 342, and otherwise affirming. (ECF No. 112.) The Fourth Circuit remanded the case to this Court with the instruction to deny Petitioner's application for habeas relief under 28 U.S.C. § 2254 with prejudice. (*Id.* at 29.)

Accordingly, the Court hereby DENIES Petitioner's § 2254 petition with prejudice.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　/s/ Bruce Howe Hendricks
　　　　　　　　　　　　　　　　　　United States District Judge

May 26, 2021
Charleston, South Carolina

1