AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| James Nathaniel Bryant, III,<br>*Petitioner,*<br>v.<br>Warden Willie Davis *Kirkland Correctional Institution*; Bryan Stirling *Commissioner, South Carolina Department of Corrections*,<br>*Respondents.* | Civil Action No.    1:13-2665-BHH |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ _____ recover costs from the petitioner *(name)* _____.

■ the petitioner, James Nathaniel Bryant, II, shall take nothing of the respondents, Warden Willie Davis *Kirkland Correctional Institution* and Bryan Stirling *Commissioner, South Carolina Department of Corrections*, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding, denying Petitioner's § 2254 petition with prejudice.

Date:  May 28, 2021

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*